UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:17-CR-27-BO-3

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FRANCISCO JAVIER RASCON-MILLAN | ) |
| Defendant. | ) |
| | ) |

**ORDER**

Upon review of the Defendant's Motion to Seal and for good cause appearing, it is hereby ordered that the Defendant be allowed to file under seal his Motion to Continue Motion Filing Deadline.

IT IS SO ORDERED.

This 28 day of March, 2017.

TERRENCE W. BOYLE
US District Judge